```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 22755
   TIYE U AMOS MANDELA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8829


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/16/2004 and was confirmed 09/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/29/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED              8423.71        895.92       8423.71
SILVERLEAF RESORTS INC    SECURED NOT I      NOT FILED           .00           .00
WASHINGTON MUTUAL         CURRENT MORTG           .00            .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE      3718.15             .00       3718.15
ILLINOIS DEPT OF REVENUE  PRIORITY            244.15          24.95         244.15
LABCORP                   NOTICE ONLY       NOT FILED            .00           .00
AT & T BANKRUPCTY         UNSEC W/INTER     NOT FILED            .00           .00
AVON PRODUCTS             UNSEC W/INTER     NOT FILED            .00           .00
ICE MOUNTAIN WATER        NOTICE ONLY       NOT FILED            .00           .00
CAPITAL ONE BANK          UNSEC W/INTER      1447.11         164.22        1447.11
CAPITAL ONE BANK          FILED LATE          314.89             .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER     NOT FILED            .00           .00
FIRST AMERICAN MITIGATOR  NOTICE ONLY       NOT FILED            .00           .00
ICE MOUNTAIN SPRING WATE  UNSEC W/INTER     NOT FILED            .00           .00
LABORATORY CORP           UNSEC W/INTER     NOT FILED            .00           .00
AT&T                      NOTICE ONLY       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER       368.79          44.54         368.79
PROVIDENT HOSPITAL COOK   UNSEC W/INTER     NOT FILED            .00           .00
SOUND & SPIRIT            UNSEC W/INTER     NOT FILED            .00           .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER        66.45           7.91          66.33
LEGAL HELPERS PC          DEBTOR ATTY        2,000.00                     2,000.00
TOM VAUGHN                TRUSTEE                                           939.06
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 18,344.84

PRIORITY                                      244.15
    INTEREST                                   24.95
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 22755 TIYE U AMOS MANDELA

```
SECURED                                              12,141.86
    INTEREST                                            895.92
UNSECURED                                             1,882.23
    INTEREST                                            216.67
ADMINISTRATIVE                                        2,000.00
TRUSTEE COMPENSATION                                    939.06
DEBTOR REFUND                                              .00
                                 ---------------   ---------------
TOTALS                                 18,344.84         18,344.84
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/29/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 04 B 22755 TIYE U AMOS MANDELA